IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASON E. FENNER                                          PLAINTIFF

          v.                    Civil No. 02-5251

BENTON COUNTY SHERIFF'S OFFICE, et al.                  DEFENDANTS

O R D E R

Now on this 16th day of August, 2007, comes on for consideration plaintiff's **Request To Reopen Case** (document #32), wherein he states that he was unaware that his case had been dismissed for failure to prosecute, and unaware of the summary judgment papers that had been sent to him.  Given that plaintiff appealed the dismissal of his case to the Eighth Circuit, and later dismissed that appeal -- over three years ago -- the Court is not persuaded that there is any valid reason to reopen this matter.

IT IS THEREFORE ORDERED that plaintiff's **Request To Reopen Case** (document #32) is **denied.**

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE